IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.  17-30022-DRH |
| | ) | |
| STEVEN D. BLOSSER, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S NOTICE OF ELEMENTS OF THE OFFENSE, STATUTORY PENALTIES AND ANTICIPATED ADVISORY GUIDELINE RANGE

To sustain the charge of Receipt of Child Pornography, as charged in the Indictment, the

Government must prove the following propositions beyond a reasonable doubt:

FIRST:     the defendant knowingly received the material identified in the indictment;

SECOND:  the material identified in the indictment is child pornography;

THIRD:     the defendant knew that one or more persons depicted in the material identified in the indictment was under the age of eighteen years; and

FOURTH:  the material identified in the indictment had been mailed, or by using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## PENALTIES

A term of imprisonment of not less than five (5) years but not more than twenty (20)

years, a fine up to $250,000, supervised release of five (5) years to life, and a $100 special

assessment.

**Sex Offense Mandatory Registration.**  Defendant understands that by pleading guilty,

defendant will be required to register as a sex offender upon release from prison as a condition of

supervised release pursuant to 18 U.S.C. §3583(d).  Defendant also understands that independent

of supervised release, Defendant will be subject to federal and state sex offender registration requirements, and that those requirements may apply throughout Defendant's life.   The Defendant understands that Defendant shall keep Defendant's registration current, shall notify the state sex offender registration agency or agencies of any changes to Defendant's name, place of residence, employment, or student status, or other relevant information.   Defendant understands that Defendant will be subject to possible federal and state penalties for failure to comply with any such sex offender registration requirements.

### Government's Position on the Advisory Guideline Range

The Government anticipates that the base offense level in this case will be 22 pursuant to §2G2.2(a)(2).  The Government further anticipates that the base offense level will be reduced by two (2) levels because the defendant did not intend to distribute child pornography, thus resulting in an adjusted offense level of 20 pursuant to §2G2.2(b)(1).  The Government further anticipates that the following specific offense characteristics will apply:   (1) the material involved prepubescent minors, thus the defendant's base offense level should be increased two (2) levels, pursuant to §2G2.2(b)(2); (2) the offense involved material that portrayed sadistic or masochistic conduct or other depictions of violence, thus the defendant's base offense level should be increased four (4) levels, pursuant to §2G2.2(b)(4); (3) the defendant engaged in a pattern of activity involving the sexual abuse or exploitation of a minor, thus the defendant's base offense level should be increased five (5) levels, pursuant to §2G2.2(b)(5); (4) the offense involved the use of a computer, thus the defendant's base offense level should be increased two (2) levels, pursuant to §2G2.2(b)(6); and (5) the offense involved 600 or more images, thus the defendant's base offense level should be increased five (5) levels, pursuant to §2G2.2(b)(7)(D); which equates to an adjusted offense level of thirty-eight (38).

The Government anticipates that, because the defendant entered a timely plea, he will receive a three-level downward adjustment for acceptance of responsibility, thus resulting in an adjusted offense level of thirty-five (35).  A preliminary examination of the defendant's criminal history shows a total of no points, which would place him in a Category I.  An offense level 35, Criminal History Category I, equates with an advisory guideline range of 168-210 months and a fine range of $40,000 to $400,000.

Respectfully submitted,

DONALD S. BOYCE
United States Attorney


s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,        )
                                 )
                 Plaintiff,      )
                                 )
        vs.                      )        CRIMINAL NO.  17-30022-DRH
                                 )
STEVEN D. BLOSSER,               )
                                 )
                 Defendant.      )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2017, I electronically filed the **Government's Notice**

**of Elements of the Offense, Statutory Penalties, and Anticipated Advisory Guideline Range**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

AFPD Thomas Gabel

                              Respectfully submitted,

                              DONALD S. BOYCE
                              United States Attorney


                              s/*Angela Scott*
                              ANGELA SCOTT
                              Assistant United States Attorney
                              Nine Executive Drive
                              Fairview Heights, IL  62208
                              (618) 628-3700 (office)
                              (618) 628-3730 (fax)
                              E-mail:  Angela.Scott@usdoj.gov